SHERYL K. ITH (SBN 225071)
sith@cookseylaw.com
JENNIFER H. WANG (SBN 242998)
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1145

Attorneys for Movant, DAIMLER TRUST

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CHRISTOPHER VANCE ACTON,<br><br>Debtor. | Case No. 16-20539-A-7<br><br>CHAPTER 7<br><br>DC No. JHW-1 |
| DAIMLER TRUST,<br><br>Movant.<br><br>vs.<br><br>CHRISTOPHER VANCE ACTON and KIMBERLY J. HUSTED, Trustee,<br><br>Respondents. | DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY<br><br><br>Date: APRIL 11, 2016<br>Time: 10:00 AM<br>Dept: A - Ctrm 28, 7th Floor |

I, ELIZABETH LUGO, declare:

1. I am the Bankruptcy Specialist for DAIMLER TRUST, Movant herein, and I am authorized to make the following declaration.

2. I am one of the custodians of the books, records and files of Movant as to those books, records, and files that pertain to loans, leases and extensions of credit given to Debtor concerning the Vehicle herein. I have worked on Movant's books, records and files, and as to the following facts, I know them to be true, or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events

recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had knowledge of the event being recorded and had or has a business duty to accurately record such. I am responsible for handling collection activity in connection with the account of Debtor and I have reviewed Movant's books and records in connection with this matter. I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

3. On February 15, 2014, Debtor entered into an agreement to lease a 2014 SMART SMARTAE, VIN: WMEEK9AA8EK758953 (the "Vehicle") under the terms of a Motor Vehicle Lease Agreement with Movant (the "Lease"). A true and correct copy of the Lease is attached to the List of Exhibits as Exhibit "A".

4. Movant is, and at all times relevant herein has been, the lienholder of the Vehicle. A true and correct copy of the Certificate of Title evidencing Movant's interest in the Vehicle is attached to the List of Exhibits as Exhibit "B".

5. As of the date of the filing of this Motion, Respondents were indebted to Movant under the terms of the Lease in the sum of $17,286.69 (includes residual).

6. The Lease is in default for the regular payments coming due October 15, 2015 through February 15, 2016, each in the amount of $176.79. Movant has received no post-petition payments. The last payment received from Debtor was August 27, 2015.

7. Attached as Exhibit "C" to the List of Exhibits is a true and correct copy of Debtor's payment history.

///

///

///

///

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

16-20539-A-7
6701.0559  2971790.1

2

DECLARATION IN SUPPORT OF MOTION FOR RELIEF

8. Pursuant to the Statement of Intention, the Lease is rejected. Attached as Exhibit "D" to the List of Exhibits is a true and correct copy of the Statement of Intention filed by Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 29, 2016, at Ft. Worth, TX.

*[signature]*

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977